■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MITCHELL BAKER, Appellant. [748 NYS2d 126] —Appeal from a judgment of Supreme Court, Erie County (Rossetti, J.), entered May 12, 2000, convicting defendant upon his plea of guilty of attempted assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737).Present—Pine, J.P., Wisner, Hurlbutt, Scudder and Burns, JJ.